

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-19-00341-CV
No. 04-19-00342-CV

**IN RE** Brittany **RETLEDGE** and Arnold Lamotte, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

On May 23, 2019, relators each filed a petition for writ of mandamus complaining of the same underlying judgment. After considering the petitions, this court concludes relators are not entitled to the relief sought. Accordingly, the petitions for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a). This court's opinion will issue at a later date.

It is so **ORDERED** on May 23, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CV04147, styled *Brittany Retledge and Arnold LaMotte, Jr. v. Misty Santana*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable J. Frank Davis presiding.